JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA CUEVAS,<br><br>    Plaintiff,<br><br>    vs.<br><br>ROBERT J. GLASGOW D/B/A MAGGIES FLOWERS; and DOES 1 to 10,<br><br>    Defendants. | **Case No.: 2:24-cv-00944 SB (ASx)**<br>Assigned to Hon. Stanley Blumenfeld, Jr.<br><br>**ORDER GRANTING REQUEST FOR DISMISSAL OF THE ENTIRE ACTION WITHOUT PREJUDICE** |

Based on the request for dismissal, Dkt. No. 17, IT IS HEREBY ORDERED that the entire action is dismissed without prejudice.

DATED: April 17, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge

1
ORDER